■ HUGO I. PALMA, Appellant, v ANTHONY A. DOUGLAS et al., Respondents. [65 NYS3d 712]—

Order, Supreme Court, Bronx County (Fernando Tapia, J.), entered June 9, 2016, which, in this action for personal injuries sustained in a motor vehicle accident, denied plaintiff's motion for summary judgment on the issue of liability, unanimously affirmed, without costs.

The court properly denied plaintiff's motion as the evidence, including the parties' conflicting accounts as to how the accident occurred and the police accident report, presents triable issues of fact as to who was at fault for the accident (*see e.g. Geralds v Damiano*, 128 AD3d 550 [1st Dept 2015]). Concur—Acosta, P.J., Richter, Mazzarelli, Andrias and Gesmer, JJ.